UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 SEP 26 AM 11:27
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | |
|---|---|
| LARRY LUERA AND LINDA LUERA | § § § |
| v. | § CIVIL ACTION NO. 1:16- cv-01130-SS § |
| TEXAS FARMERS INSURANCE COMPANY | § § § |

### ORDER OF DISMISSAL

THIS MATTER having come before the Court pursuant to a Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41 and it appearing that all parties consent to the requested relief;

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, and with each party to bear its own costs.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

9-25-17

1